UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

MARGARET F. CROFT                    :
(See attached Exhibit A              :        MDL 875 Asbestos
for additional cases)                :
                                     :
                    Plaintiff,       :        Case No.: 2:08-cv-89789-ER
                                     :        (See attached Exhibit A for
          v.                         :        additional case numbers)
                                     :
                                     :
ACANDS INC, et al.                   :
                                     :
                    Defendants.      :

---

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES:

Please withdraw the appearance of William V. Johnson, John A. Childers, Ed

D'Arcy and Robert Spitkovsky, Jr., of Johnson Bell Ltd., and substitute the appearance of

Jamie P. Yadgaroff, of Law Offices of Jamie P. Yadgaroff, LLC, as counsel for

Defendant General Refractories Company in the cases listed in Exhibit A, attached

hereto.

Respectfully submitted,

By: _Jamie P. Yadgaroff_
Jamie P. Yadgaroff, PA ID 70217
Law Offices of Jamie P. Yadgaroff
One Bala Avenue, Suite 310
Bala Cynwyd, PA 19004
(610) 660-8814 (phone)
(610) 660-8817 (fax)
jpylaw@verizon.net

William V. Johnson
Johnson & Bell Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404
(312) 984-0218 (phone)
(312) 372-9818 (fax)
johnsonw@jbltd.com

John A. Childers
Johnson & Bell Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404
(312) 984-0262 (phone)
(312) 372-9818 (fax)
childersj@jbltd.com

Edward D'Arcy
(formerly of Johnson & Bell, Ltd.)
DOHERTY & PROGAR LLC
200 West Adams Street
Suite 2220
Chicago, Illinois 60606
(312) 630-9630 (phone)
edd@doherty-progar.com

Robert Spitkovsky, Jr.
Johnson & Bell Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404
(312) 984-0227 (phone)
(312) 372-9818 (fax)
spitkovsky@jbltd.com

Attorneys for Defendant,
General Refractories Company

2

## CERTIFICATE OF SERVICE

I, Jamie P. Yadgaroff, hereby certify that on October __16__, 2009, a true and correct copy of the foregoing Notice of Withdrawal and Substitution of Counsel was filed electronically on the Court's ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

_Jamie P. Yadgaroff_
Jamie P. Yadgaroff

# EXHIBIT A

| CASE NUMBER | CASE NUMBER |
| --- | --- |
| **2:08-cv-89791-ER** | BARTLETT et al v. ACANDS INC |
| **2:08-cv-89792-ER** | BLAHUT, SR. et al v. ACANDS INC |
| **2:08-cv-89793-ER** | CASTELLI v. ACANDS, INC. et al |
| **2:08-cv-89794-ER** | FAIRBANKS v. ACANDS INC et al |
| **2:08-cv-89796-ER** | HOCKINGS v. ACANDS, INC. et al |
| **2:08-cv-89797-ER** | MARTINEZ v. ACANDS, INC. et al |
| **2:08-cv-89798-ER** | ZAURATSKY v. ACANDS, INC. et al |
| **2:08-cv-89810-ER** | BROOKS v. AC&S INC et al |
| **2:08-cv-89811-ER** | SCANLON v. A.C. AND S. INC. et al |
| **2:08-cv-89812-ER** | OLEFERCHIK v. A.C. AND S. INC. et al |
| **2:08-cv-89813-ER** | MOORE v. A.C. AND S., INC. et al |
| **2:08-cv-89814-ER** | MCCLAIN v. A.C. AND S. INC. et al |
| **2:08-cv-89815-ER** | KLAPRODT v. A.C. AND S. INC. et al |
| **2:08-cv-89816-ER** | ALEXANDER v. A.C. AND S. INC. et al |
| **2:08-cv-89817-ER** | FITZGERALD v. A.C. AND S. INC. et al |
| **2:08-cv-89819-ER** | HASKINS v. A.C. AND S. INC. et al |
| **2:08-cv-89820-ER** | FUGH v. A.C. AND S. INC. et al |
| **2:08-cv-89821-ER** | BEASLEY v. A.C. AND S. INC. et al |
| **2:08-cv-89824-ER** | FILIPPO v. A.C. AND S. INC. et al |
| **2:08-cv-89826-ER** | NOVAKOVICH v. A.C. AND S. INC. |
| **2:08-cv-89827-ER** | PFROMMER v. A.C. AND S. INC. et al |
| **2:08-cv-89828-ER** | SHERIDAN v. A.C. AND S. INC. et al |
| **2:08-cv-89829-ER** | SHIELDS v. A.C. AND S. INC. et al |
| **2:08-cv-89830-ER** | MCDONALD v. A.C. AND S. INC. et al |
| **2:08-cv-89831-ER** | HENDERSON v. A.C. AND S. INC. et al |
| **2:08-cv-89841-ER** | CRAIN v. AC&S INC et al |
| **2:08-cv-89842-ER** | WATSON v. A.C. AND S. INC et al |

| | |
|---|---|
| **2:08-cv-89843-ER** | TRAVIS v. A. C. AND S. INC et al |
| **2:08-cv-89845-ER** | DOYLE v. A.C. AND S., INC. et al |
| **2:08-cv-89846-ER** | COOK v. A.C. AND S., INC. et al |
| **2:08-cv-89847-ER** | DOUGHERTY v. AC&S INC et al |
| **2:08-cv-89848-ER** | RYBARCZYK v. AC&S INC et al |
| **2:08-cv-89849-ER** | ANDRADE v. ACANDS INC et al |
| **2:08-cv-89852-ER** | LYNES v. AC AND S INC. et al |
| **2:08-cv-89863-ER** | HAFFNER v. A.C. AND S. INC. |
| **2:08-cv-89865-ER** | MENOZZI v. A.C. AND S. INC. et al |
| **2:08-cv-89866-ER** | BRYAN v. A. C. AND S. INC et al |
| **2:08-cv-89871-ER** | WHITE v. A.C. AND S. INC. et al |
| **2:08-cv-89872-ER** | STACHOWSKI v. A.C. AND S. INC. et al |
| **2:08-cv-89873-ER** | KEIGHER v. A.C. AND S. INC. et al |
| **2:08-cv-89874-ER** | CASEY v. A.C. AND S. INC. et al |
| **2:08-cv-89875-ER** | TANNER v. A.C. AND S. INC. et al |
| **2:08-cv-89883-ER** | MCCULLUM v. A.C. AND S. INC. et al |
| **2:08-cv-89884-ER** | PRICE v. A.C. AND S. INC et al |
| **2:08-cv-89885-ER** | FERRELL v. A.C. AND S. INC et al |
| **2:08-cv-89896-ER** | BALLARD v. A.C. AND S. INC. et al |
| **2:08-cv-89899-ER** | DUMYAHN v. ACS, INC. et al |
| **2:08-cv-89901-ER** | MILLER v. A.C. AND S. INC. et al |
| **2:08-cv-89914-ER** | LARWETH v. A.C. AND S. INC. et al |
| **2:08-cv-89915-ER** | DOYLE v. A.C. AND S. INC. et al |
| **2:08-cv-89943-ER** | WILKINSON v. A.C. AND S. INC et al |
| **2:08-cv-89944-ER** | WHITFIELD v. A.C. AND S. INC et al |
| **2:08-cv-89945-ER** | BROWN et al v. A.C. AND S., INC. et al |
| **2:08-cv-89948-ER** | BOTKA v. A. C. AND S. INC et al |
| **2:08-cv-89949-ER** | AIMARO v. A.C. & S. INC. et al |
| **2:08-cv-89953-ER** | DEANGELIS v. A C & S INC et al |

| | |
|---|---|
| **2:08-cv-89963-ER** | GREEN v. A C & S INC., et al |
| **2:08-cv-89966-ER** | WRIGHT v. A.C. AND S. INC et al |
| **2:08-cv-89968-ER** | HAHN v. AC&S INC et al |
| **2:08-cv-89969-ER** | CZAJKOSKI v. A. C. AND S. INC et al |
| **2:08-cv-89973-ER** | MOFFETT v. ACANDS, INC. et al |
| **2:08-cv-89974-ER** | LAUZON v. A. C. AND S., INC. et al |
| **2:08-cv-89975-ER** | CZIBOR v. ACANDS, INC. et al |
| **2:08-cv-89976-ER** | MUFFLER v. ACANDS, INC. et al |
| **2:08-cv-89977-ER** | OBERHOLTZER v. ACANDS, INC. et al |
| **2:08-cv-89978-ER** | LINGAFELTER v. A C & S INC. et al |
| **2:08-cv-89979-ER** | BEY v. AC&S, INC. et al |
| **2:08-cv-89980-ER** | BERGSTROM v. A C AND S, INC. et al |
| **2:08-cv-89981-ER** | WIESE v. AC&S, INC. et al |
| **2:08-cv-89982-ER** | FERRY et al v. ACANDS, INC. et al |
| **2:08-cv-89983-ER** | MEA v. A C AND S., INC. et al |
| **2:08-cv-89984-ER** | BRIGHAM v. A C AND S, INC. et al |
| **2:08-cv-89985-ER** | WOCHNICK v. A C AND S, INC. et al |
| **2:08-cv-89986-ER** | MASHBURN v. AC AND S, INC. et al |
| **2:08-cv-89987-ER** | MOFFETT v. A C AND S, INC. et al |
| **2:08-cv-89988-ER** | PUTTKAMMER v. A C AND S, INC. |
| **2:08-cv-89989-ER** | CUSHING v. A C AND S, INC. et al |
| **2:08-cv-89990-ER** | WHEATON v. AC AND S INC et al |
| **2:08-cv-89991-ER** | McCARTHY v. A.C. AND S. INC. et al |
| **2:08-cv-89992-ER** | MCCORMICK v. A C AND S., INC. et al |
| **2:08-cv-89994-ER** | BRADY v. A.C. AND S. INC. et al |
| **2:08-cv-89995-ER** | JAMES v. A.C. AND S. INC. et al |
| **2:08-cv-89996-ER** | JOHNSON v. A.C. AND S. INC. et al |
| **2:08-cv-89997-ER** | ANDERSON v. A.C. AND S. INC. et al |
| **2:08-cv-89998-ER** | AMOS v. AC&S INC. et al |

| | |
|---|---|
| **2:08-cv-89999-ER** | POMYKALA v. ACANDS, INC. et al |
| **2:08-cv-90000-ER** | WILLIAMS v. A. C. AND S., INC. et al |
| **2:08-cv-90001-ER** | TRASER v. AIRCO INC/BOC GROUP |
| **2:08-cv-90002-ER** | SCROGHAN v. A. C. AND S., INC. et al |
| **2:08-cv-90003-ER** | BULT v. A. C. AND S., INC. et al |
| **2:08-cv-90004-ER** | SIMMONS v. AC & S INC. et al |
| **2:08-cv-90005-ER** | SPIKEHOUT v. A. C. AND S., INC. et al |
| **2:08-cv-90006-ER** | DAVIS v. A. C. AND S., INC. et al |
| **2:08-cv-90007-ER** | ZIELINSKI v. A. C. AND S., INC. et al |
| **2:08-cv-90008-ER** | WALSH v. AC AND S, INC. et al |
| **2:08-cv-90009-ER** | CLEINMARK v. A. C. AND S., INC. |
| **2:08-cv-90010-ER** | WOODS v. A.C. AND S., INC. et al |
| **2:08-cv-90011-ER** | KOCH v. A.C. AND S., INC. et al |
| **2:08-cv-90012-ER** | SKOLE v. AC&S INC. et al |
| **2:08-cv-90014-ER** | NORRIS v. A.C. AND S., INC. et al |
| **2:08-cv-90015-ER** | MADSEN v. A.C. AND S., INC. et al |
| **2:08-cv-90016-ER** | SMIDT v. A.C. AND S., INC. et al |
| **2:08-cv-90017-ER** | ECONOMOUS v. AC AND S, INC. et al |
| **2:08-cv-90019-ER** | MATRAS v. AC AND S INC. et al |
| **2:08-cv-90020-ER** | JOHNSON v. A. C. AND S., INC. et al |
| **2:08-cv-90021-ER** | SHANNON v. A. C. AND S., INC. et al |
| **2:08-cv-90022-ER** | KNEZEVIC v. ACANDS INC et al |
| **2:08-cv-90024-ER** | TRETINA v. A.C. AND S., INC. et al |
| **2:08-cv-90025-ER** | LUPEI v. A. C. AND S., INC. et al |
| **2:08-cv-90026-ER** | TROTTMAN v. A. C. AND S., INC. et al |
| **2:08-cv-90027-ER** | MARTIN v. A. C. AND S., INC. et al |
| **2:08-cv-90028-ER** | TOBOLIC v. A. C. AND S., INC. et al |
| **2:08-cv-90029-ER** | SCHUBRING v. A. C. AND S., INC. |
| **2:08-cv-90030-ER** | TESMOND v. AC&S INC. et al |

| **2:08-cv-90031-ER** | WILLIAMS v. A.C. AND S., INC. et al |
| **2:08-cv-90032-ER** | MOORE v. ACANDS INC et al |
| **2:08-cv-90033-ER** | LATRONICA v. A.C. AND S.,INC. et al |
| **2:08-cv-90034-ER** | WARD v. A.C. AND S., INC. et al |
| **2:08-cv-90036-ER** | FOLENA v. A.C. AND S., INC. et al |
| **2:08-cv-90037-ER** | GRANBERRY v. AC&S INC et al |
| **2:08-cv-90038-ER** | HICKEY v. A.C. AND S., INC. et al |
| **2:08-cv-90039-ER** | HAMPTON v. A.C. AND S., INC. et al |
| **2:08-cv-90040-ER** | HOLZINGER v. A.C. AND S.,INC. et al |
| **2:08-cv-90041-ER** | HOWELL v. A.C. AND S., INC. et al |
| **2:08-cv-90042-ER** | JOHNSON v. ANCHOR PACKING COMPANY et al |
| **2:08-cv-90048-ER** | ROMANETTO v. A. C. AND S., INC. et |
| **2:08-cv-90049-ER** | ROSS v. A.C. AND S., INC. et al |
| **2:08-cv-90051-ER** | ABRAMS v. A.C. AND S, INC. et al |
| **2:08-cv-90052-ER** | APPELBERG v. A.C. AND S. INC. et al |
| **2:08-cv-90053-ER** | COSTA v. A.C. AND S, INC. et al |
| **2:08-cv-90054-ER** | AUGUSTYNIAK v. A.C. AND S. INC et |
| **2:08-cv-90055-ER** | DUCKWALL v. AC&S INC et al |
| **2:08-cv-90057-ER** | SHELBY v. A.C. & S INC. et al |
| **2:08-cv-90058-ER** | FATA v. A.C.AND S., INC. et al |
| **2:08-cv-90059-ER** | SARTAIN v. A C AND S INC et al |
| **2:08-cv-90060-ER** | SIEBERT et al v. A.C. AND S., INC. et al |
| **2:08-cv-90061-ER** | BORGO v. A.C. AND S., INC. et al |
| **2:08-cv-90062-ER** | KRESTAN v. ACANDS INC et al |
| **2:08-cv-90063-ER** | SCHMIDT v. A.C. AND S., INC. et al |
| **2:08-cv-90064-ER** | HOLMES v. A.C. AND S., INC. et al |
| **2:08-cv-90065-ER** | KLIMEK v. AC&S INC et al |
| **2:08-cv-90066-ER** | ARDAUGH v. ACANDS INC et al |
| **2:08-cv-90067-ER** | RIFFICE v. AC&S INC et al |

| | |
|---|---|
| **2:08-cv-90068-ER** | JONES v. A.C. AND S., INC. et al |
| **2:08-cv-90069-ER** | MOORE v. A.C. AND S., INC. et al |
| **2:08-cv-90070-ER** | ROBERSON v. A.C. AND S., INC. et al |
| **2:08-cv-90071-ER** | ORLANDO v. A.C. AND S., INC. et al |
| **2:08-cv-90072-ER** | HESTER v. A.C. AND S., INC. et al |
| **2:08-cv-90073-ER** | HESTER v. A. C. AND S. INC. et al |
| **2:08-cv-90074-ER** | MILLER v. AC&S INC et al |
| **2:08-cv-90076-ER** | PAIGE v. A.C. AND S., INC. et al |
| **2:08-cv-90077-ER** | CIESLAK v. AC AND S INC et al |
| **2:08-cv-90078-ER** | BRADY v. A.C. AND S., INC. et al |
| **2:08-cv-90079-ER** | SINGLETON v. A. C. AND S., INC. et al |
| **2:08-cv-90080-ER** | ROBERSON v. A.C. AND S., INC. et al |
| **2:08-cv-90081-ER** | GADDY v. AC&S INC. et al |
| **2:08-cv-90082-ER** | BENNETT v. A.C. AND S., INC. et al |
| **2:08-cv-90083-ER** | FOURTE v. ACANDS INC et al |
| **2:08-cv-90084-ER** | NALL v. A.C. AND S., INC. et al |
| **2:08-cv-90085-ER** | BULLIS v. A.C. AND S., INC. et al |
| **2:08-cv-90086-ER** | DUNN v. A.C. AND S., INC. et al |
| **2:08-cv-90087-ER** | VANTRECE v. A.C. AND S., INC. et al |
| **2:08-cv-90088-ER** | BRATTOLI v. A.C. AND S., INC. et al |
| **2:08-cv-90089-ER** | DABROWSKI v. A.C. AND S., INC. et |
| **2:08-cv-90092-ER** | SCANLON v. A C AND S INC et al |
| **2:08-cv-90093-ER** | ELLIS v. AC AND S INC et al |
| **2:08-cv-90094-ER** | BURTON v. A C AND S INC et al |
| **2:08-cv-90095-ER** | KELM v. A C AND S INC et al |
| **2:08-cv-90096-ER** | MINNICK v. A C AND S INC. et al |
| **2:08-cv-90097-ER** | LURRY v. A C AND S INC et al |
| **2:08-cv-90098-ER** | DERRY v. A C AND S INC et al |
| **2:08-cv-90099-ER** | MATLOCK v. AIRCO INC./THE BOC GROUP et al |

| | |
|---|---|
| **2:08-cv-90100-ER** | CARTER NEAL v. A. C. AND S. INC. et |
| **2:08-cv-90101-ER** | SWANGO v. A.C. AND S., INC. |
| **2:08-cv-90102-ER** | MASKE v. A.C. AND S., INC. et al |
| **2:08-cv-90103-ER** | POPLAR v. AC&S INC et al |
| **2:08-cv-90104-ER** | PETERSON v. A.C. AND S. INC. et al |
| **2:08-cv-90105-ER** | ARRINGTON v. AC&S INC et al |
| **2:08-cv-90106-ER** | GADDY v. A.C. AND S., INC. et al |
| **2:08-cv-90107-ER** | MUELLER v. A.C. AND S., INC. et al |
| **2:08-cv-90108-ER** | HANNOLD v. A.C. AND S., INC. et al |
| **2:08-cv-90109-ER** | GURGONE v. A.C. AND S., INC. et al |
| **2:08-cv-90110-ER** | SPEAR v. AC&S INC et al |
| **2:08-cv-90111-ER** | SEXTON v. A.C. AND S., INC. et al |
| **2:08-cv-90112-ER** | SPRAGUE v. A.C.AND S., INC. et al |
| **2:08-cv-90113-ER** | WATSON v. A.C. AND S., INC. et al |
| **2:08-cv-90114-ER** | SCOTT v. A.C. AND S., INC. et al |
| **2:08-cv-90115-ER** | SIMUNICH v. A. C. AND S., INC. et al |
| **2:08-cv-90116-ER** | MOODY v. A. C. AND S., INC. et al |
| **2:08-cv-90117-ER** | SYKES v. A.C. AND S., INC. |
| **2:08-cv-90118-ER** | WASHINGTON v. ACANDS INC et al |
| **2:08-cv-90119-ER** | TRODDEN v. AC&S INC et al |
| **2:08-cv-90122-ER** | PHYLLIS v. A.C.ANDS., INC. et al |
| **2:08-cv-90123-ER** | SEARCY v. A.C.ANDS., INC. et al |
| **2:08-cv-90127-ER** | BRETERNITZ v. A.C. AND S., INC. et |
| **2:08-cv-90129-ER** | GREEN v. A C AND S, INC. et al |
| **2:08-cv-90135-ER** | HARRIS v. A C AND S INC et al |
| **2:08-cv-90139-ER** | GRAHAM v. A.C. AND S., INC. et al |
| **2:08-cv-90140-ER** | ARGENTA v. A.C. AND S., INC. et al |
| **2:08-cv-90141-ER** | ALEXANDER v. A. C. AND S., INC. et |
| **2:08-cv-90142-ER** | ALLEN v. A. C. AND S., INC. et al |

| | |
|---|---|
| **2:08-cv-90144-ER** | DELOACH v. A. C. AND S., INC. et al |
| **2:08-cv-90147-ER** | LUEBBE v. A. C. AND S., INC. et al |
| **2:08-cv-90148-ER** | ROBERTSON v. A. C. AND S., INC. |
| **2:08-cv-90149-ER** | MCCULLOUGH v. A. C. AND S., INC. |
| **2:08-cv-90150-ER** | MCGOWEN v. A.C. AND S., INC. et al |
| **2:08-cv-90152-ER** | MCGLADE v. A.C.AND S., INC. et al |
| **2:08-cv-90153-ER** | BAILEY v. A.C. AND S., INC. et al |
| **2:08-cv-90171-ER** | BINGHAM-DRAINE v. A. C. AND S., INC. et al |
| **2:08-cv-90173-ER** | KINNARY v. A. C. AND S. INC. et al |
| **2:08-cv-90176-ER** | THOMPSON v. ACANDS, INC et al |
| **2:08-cv-90177-ER** | BEAVERS v. A.C. AND S., INC. et al |
| **2:08-cv-90178-ER** | DENSON v. AC&S INC et al |
| **2:08-cv-90180-ER** | RICHARDS v. AC&S INC et al |
| **2:08-cv-90181-ER** | KING v. AC&S INC et al |
| **2:08-cv-90182-ER** | HOPE v. A. C. AND S., INC. et al |
| **2:08-cv-90183-ER** | BARTELMANN v. AC&S INC et al |
| **2:08-cv-90184-ER** | JORSCH v. AC&S INC et al |
| **2:08-cv-90186-ER** | FRENCH v. AC&S INC et al |
| **2:08-cv-90189-ER** | SURGES et al v. A. C. AND S., INC. et |
| **2:08-cv-90190-ER** | MUFF v. A. C. AND S., INC. et al |
| **2:08-cv-90191-ER** | HERNANDEZ v. A.C. AND S. INC. et al |
| **2:08-cv-90192-ER** | HEALEY v. A. C. AND S., INC. et al |
| **2:08-cv-90193-ER** | SLEJKO v. AC&S INC et al |
| **2:08-cv-90194-ER** | NOVELLA v. A. C. AND S., INC. et al |
| **2:08-cv-90195-ER** | BANDOSZ v. A. C. AND S., INC. et al |
| **2:08-cv-90196-ER** | JENSEN v. A.C. AND S., INC. et al |
| **2:08-cv-90199-ER** | WRIGHT v. A. C. AND S., INC. et al |
| **2:08-cv-90200-ER** | WENDE v. ACANDS, INC. et al |
| **2:08-cv-90201-ER** | HOLLINS v. A.C. AND S. INC. et al |

**(Continued)**

| CASE NUMBER | CASE NUMBER |
|---|---|
| **2:08-cv-90206-ER** | MCGONNELL v. A.C. AND S., INC. et |
| **2:08-cv-90207-ER** | KUPINA v. A. C. AND S., INC. et al |
| **2:08-cv-90208-ER** | HAMERLA v. A.C. AND S., INC. et al |
| **2:08-cv-90209-ER** | JOHNSON v. A.C. AND S., INC. et al |
| **2:08-cv-90210-ER** | JUNIOR v. A. C. AND S., INC. et al |
| **2:08-cv-90211-ER** | ANDREWS v. A.C. AND S., INC. et al |
| **2:08-cv-90212-ER** | BROWN v. A. C. AND S., INC. et al |
| **2:08-cv-90213-ER** | CLAYTON v. A. C. AND S., INC. et al |
| **2:08-cv-90214-ER** | EVANS v. A. C. AND S. INC. et al |
| **2:08-cv-90215-ER** | SMITHSON v. A. C. AND S. INC. et al |
| **2:08-cv-90216-ER** | HELMERICH v. AC&S INC et al |
| **2:08-cv-90217-ER** | JOHNSON v. AC&S INC et al |
| **2:08-cv-90218-ER** | WASHINGTON v. A. C. AND S., INC. |
| **2:08-cv-90219-ER** | CLAYTON v. A.C. AND S., INC. et al |
| **2:08-cv-90220-ER** | FADLER v. A. C. AND S., INC. et al |
| **2:08-cv-90221-ER** | PATRICK v. AC&S INC et al |
| **2:08-cv-90222-ER** | PEHLKE v. A. C. AND S., INC. et al |
| **2:08-cv-90223-ER** | HERRICK v. A. C. AND S., INC. et al |
| **2:08-cv-90224-ER** | RIGLER v. A. C. AND S., INC. et al |
| **2:08-cv-90226-ER** | SIMS, et al v. A.C. AND S. INC |
| **2:08-cv-90227-ER** | PERSON v. A. C. AND S., INC. et al |
| **2:08-cv-90252-ER** | PASSARELLI v. A.C. AND S., INC. et al |
| **2:08-cv-90262-ER** | ZDENCY v. AC&S INC et al |
| **2:08-cv-90290-ER** | KLOBUCAR v. ALLIED CRANE INC et |
| **2:08-cv-90327-ER** | BUCHANAN et al v. A.P. GREEN REFRACTORIES CO. et al |
| **2:08-cv-90328-ER** | MARESCA et al v. A W CHESTERTON COMPANY et al |
| **2:08-cv-90329-ER** | DAVIS et al v. A W CHESTERTON COMPANY et al |

| 2:08-cv-90330-ER | COOPER et al v. A W CHESTERTON COMPANY et al |
| 2:08-cv-90331-ER | SHAMBAUGH v. ACANDS, INC. et al |
| 2:08-cv-92064-ER | DEAVILLE v. ACANDS INC et al |
| 2:08-cv-92065-ER | HOLT v. ACANDS INC et al |
| 2:08-cv-92066-ER | GEHRT v. ACANDS, INC. et al |
| 2:08-cv-92067-ER | HUGHES v. ACANDS, INC. et al |
| 2:08-cv-92068-ER | HUBERT v. ACANDS INC et al |
| 2:08-cv-92112-ER | ERVIN v. ACANDS INC et al |
| 2:08-cv-92119-ER | BUBOIS v. A C & S INC et al |
| 2:08-cv-92122-ER | JOHNSON v. A C & S INC et al |
| 2:08-cv-92133-ER | TOVEY v. AC & S INC et al |
| 2:08-cv-92136-ER | WALKER v. A C AND S INC. et al |
| 2:08-cv-92138-ER | ALLEN v. A C AND S INC. et al |
| 2:08-cv-92139-ER | BURTON v. A C & S INC. et al |
| 2:08-cv-92140-ER | LALMKIN v. A C & S INC. et al |
| 2:08-cv-92141-ER | HARRISON v. A C & S INC. et al |
| 2:08-cv-92142-ER | ROBERTS v. A C & S INC. et al |
| 2:08-cv-92143-ER | RASNER v. A C & S INC. et al |
| 2:08-cv-92144-ER | DALTON v. A C & S INC. et al |
| 2:08-cv-92147-ER | HATFIELD v. A C & S INC et al |
| 2:08-cv-92148-ER | WALSCH v. A C & S INC et al |
| 2:08-cv-92149-ER | JOHNSON v. A C & S INC et al |
| 2:08-cv-92151-ER | GABBARD v. A C & S INC et al |
| 2:08-cv-92152-ER | MORR v. A C & S INC et al |
| 2:08-cv-92153-ER | WASHINGTON v. A C & S INC et al |
| 2:08-cv-92154-ER | HOLDEN v. A C & S INC et al |
| 2:08-cv-92160-ER | FRAMPTON v. A C & S INC et al |
| 2:08-cv-92205-ER | SCHUCK v. A C & S INC et al |
| 2:08-cv-92210-ER | NADRA O'KEEFE v. AGA GAS INC et al |

| 2:09-cv-60937-ER | ELROD v. ACANDS, INC. et al |
| 2:09-cv-60938-ER | ELY v. THE ANCHOR PACKING COMPANY et al |
| 2:09-cv-60939-ER | ENGELMAN v. ACANDS, INC. et al |
| 2:09-cv-60941-ER | FERRO v. ACANDS, INC. et al |
| 2:09-cv-60942-ER | FICK v. THE ANCHOR PACKING COMPANY, ET AL |
| 2:09-cv-60944-ER | FRANGELLA v. ACANDS, INC. et al |
| 2:09-cv-60945-ER | FRATTINI v. THE ANCHOR PACKING COMPANY, ET AL |
| 2:09-cv-60946-ER | GILMOURE v. ACANDS, INC. et al |
| 2:09-cv-60947-ER | GLENN v. ACANDS, INC. et al |
| 2:09-cv-60950-ER | GOODWIN v. ACANDS, INC. et al |
| 2:09-cv-60952-ER | GRAHAM v. ACANDS, INC. et al |
| 2:09-cv-60953-ER | GRANGER v. ACANDS, INC. et al |
| 2:09-cv-60954-ER | GRIEFF v. ACANDS, INC. et al |
| 2:09-cv-60956-ER | GUSMAN v. ACANDS, INC. et al |
| 2:09-cv-60958-ER | HANNIGAN v. THE ANCHOR PACKING COMPANY et al |
| 2:09-cv-60960-ER | JOHNSON v. ACANDS, INC. et al |
| 2:09-cv-60961-ER | JOYCE v. ACANDS, INC. et al |
| 5:08-cv-92308-ER | THOMAS v. A C AND S INC. et al |
| 5:08-cv-92309-ER | BURTON v. A C & S INC et al |
| 5:08-cv-92310-ER | LOVE v. A C & S INC et al |
| 5:08-cv-92311-ER | GREEN v. A C AND S INC et al |
| 5:08-cv-92313-ER | HARDY et al v. A C & S INC et al |
| 5:08-cv-92314-ER | DUAL v. A P GREEN INDUSTRIES |
| 2:08-cv-91228-ER | TREVINO v. AC AND S INC et al |
| 2:08-cv-91229-ER | MIHALIK v. A&M INSULATION COMPANY et al |
| 2:08-cv-91230-ER | BELL v. AC AND S INC et al |
| 2:08-cv-91231-ER | GAMBILL v. A&M INSULATION |
| 2:08-cv-91232-ER | MEDINA v. A&M INSULATION |
| 2:08-cv-91234-ER | BLACKWELL v. A&M INSULATION COMPANY et al |

| | |
|---|---|
| **2:08-cv-91236-ER** | BRISEVAE v. AC AND S INC et al |
| **2:08-cv-91237-ER** | ROBERSON v. A&M INSULATION COMPANY et al |
| **2:08-cv-91240-ER** | CASHMAN v. AC AND S INC et al |
| **2:08-cv-91241-ER** | FLORES v. AC AND S INC et al |
| **2:08-cv-91242-ER** | BURMEISTER v. A&M INSULATION COMPANY et al |
| **2:08-cv-91243-ER** | PARAMANTGIS v. AC AND S INC |
| **2:08-cv-91244-ER** | HIATT v. A&M INSULATION COMPANY et al |
| **2:08-cv-91329-ER** | SALAZ v. AC AND S, INC. et al |
| **2:08-cv-91337-ER** | HYZY v. AGA GAS et al |
| **2:08-cv-91343-ER** | TIPTON v. AGA GAS INC et al |
| **2:08-cv-91344-ER** | THOMAS v. AGA GAS INC et al |
| **2:08-cv-91345-ER** | MOORE v. AGA GAS INC et al |
| **2:08-cv-91348-ER** | GUERRERO v. AGA GAS INC et al |
| **2:08-cv-91349-ER** | BROWN v. AGA GAS INC et al |
| **2:08-cv-91350-ER** | MALONE v. AGA GAS INC et al |
| **2:08-cv-91368-ER** | CUNNINGHAM v. GENERAL ELECTRIC CO et al |
| **2:08-cv-91369-ER** | ALFORD v. FOSECO et al |
| **2:08-cv-91744-ER** | WOODWARD v. ACANDS, INC. et al |
| **2:08-cv-91749-ER** | FRAZEE v. ACANDS INC et al |
| **2:08-cv-91750-ER** | MILLER v. ACANDS INC et al |
| **2:08-cv-91751-ER** | KUHL v. ACANDS INC et al |
| **2:08-cv-91754-ER** | RAY v. ACANDS INC et al |
| **2:08-cv-91755-ER** | RATLIFF v. ACANDS INC et al |
| **2:08-cv-91756-ER** | GIBSON v. ACANDS INC et al |
| **2:08-cv-91762-ER** | RIGGS v. ACANDS INC et al |
| **2:08-cv-91763-ER** | KNAPP v. ACANDS, INC. et al |
| **2:08-cv-91871-ER** | BUSHONG v. AC&S et al |
| **2:08-cv-91878-ER** | WILLIAMSON v. ACANDS INC. et al |
| **2:08-cv-91879-ER** | WILSON v. ACANDS INC et al |

| | |
|---|---|
| **2:08-cv-91880-ER** | VAN DOLAH v. ACANDS INC et al |
| **2:08-cv-91881-ER** | TAYLOR v. ACANDS INC et al |
| **2:08-cv-91883-ER** | SKINNER v. ACANDS INC. et al |
| **2:08-cv-91884-ER** | PRAY v. ACANDS INC. et al |
| **2:08-cv-91885-ER** | POWELL v. ACANDS INC. et al |
| **2:08-cv-91886-ER** | KRAMBEER v. ACANDS, INC. et al |
| **2:08-cv-91887-ER** | KITTLESON v. ACANDS INC. et al |
| **2:08-cv-91888-ER** | HICKS v. ACANDS INC. et al |
| **2:08-cv-91889-ER** | HECKETHORN v. ACANDS INC. |
| **2:08-cv-91890-ER** | SPENCER v. ACANDS INC. et al |
| **2:08-cv-91892-ER** | COLLIER v. ACANDS INC. et al |
| **2:08-cv-91893-ER** | NEHLSEN v. ACANDS INC et al |
| **2:08-cv-91894-ER** | GLISICH v. AC AND S INC et al |
| **2:08-cv-91939-ER** | GOEHRING v. A C & S INC et al |
| **2:08-cv-91944-ER** | DALTON v. A C & S INC et al |
| **2:08-cv-91945-ER** | CORIELL v. A C & S INC et al |
| **2:08-cv-91954-ER** | BROWNLEE v. A C & S INC et al |
| **2:08-cv-92056-ER** | KACMAR v. ACANDS INC et al |
| **2:08-cv-92057-ER** | TAYLOR v. ACANDS INC et al |
| **2:08-cv-92058-ER** | STEWART v. ACANDS INC et al |
| **2:08-cv-92059-ER** | PHILLIPS et al v. ACANDS INC et al |
| **2:08-cv-92060-ER** | WRIGHT v. ACANDS INC et al |
| **2:08-cv-92061-ER** | WINDERS v. ACANDS INC et al |
| **2:08-cv-92062-ER** | ALLEN v. ACANDS INC et al |
| **2:08-cv-91107-ER** | CRNARICH v. A&M INSULATION |
| **2:08-cv-91108-ER** | COMER v. AC AND S INC et al |
| **2:08-cv-91109-ER** | CUSIC v. AC AND S INC et al |
| **2:08-cv-91110-ER** | DAVIDSON v. A&M INSULATION |
| **2:08-cv-91111-ER** | DEPAULA v. AC AND S INC et al |

| **2:08-cv-91112-ER** | DIXON v. AC AND S INC et al |
| **2:08-cv-91114-ER** | ELBAOR v. AC AND S INC et al |
| **2:08-cv-91116-ER** | GONTLES v. AC AND S INC et al |
| **2:08-cv-91119-ER** | HEDRICK v. AC AND S INC et al |
| **2:08-cv-91120-ER** | HEDRICK v. AC AND S INC et al |
| **2:08-cv-91121-ER** | HERNANDEZ v. A&M INSULATION |
| **2:08-cv-91122-ER** | HOBBIC v. AC AND S INC et al |
| **2:08-cv-91123-ER** | IVEY v. AC AND S INC et al |
| **2:08-cv-91124-ER** | JACKSON v. AC AND S INC et al |
| **2:08-cv-91125-ER** | JONES v. AC AND S INC et al |
| **2:08-cv-91127-ER** | KEILMAN v. A&M INSULATION et |
| **2:08-cv-91129-ER** | KIRSINAS v. AC AND S INC et al |
| **2:08-cv-91130-ER** | LOPEZ v. AC AND S INC et al |
| **2:08-cv-91132-ER** | MANOJLOVIC v. A&M INSULATION CO et al |
| **2:08-cv-91133-ER** | MANZO v. A&M INSULATION CO |
| **2:08-cv-91134-ER** | MARSH v. AC AND S INC et al |
| **2:08-cv-91135-ER** | MARTINEZ v. ACANDS, INC. et al |
| **2:08-cv-91136-ER** | MARTINEZ v. A&M INSULATION |
| **2:08-cv-91137-ER** | MASSEY v. A&M INSULATION et al |
| **2:08-cv-91138-ER** | MCKAMEY v. A&M INSULATION |
| **2:08-cv-91139-ER** | MCKINLEY v. A&M INSULATION |
| **2:08-cv-91140-ER** | MESCALL v. A&M INSULATION |
| **2:08-cv-91141-ER** | MURPHY v. A&M INSULATION CO |
| **2:08-cv-91142-ER** | MIKASH v. AC AND S INC et al |
| **2:08-cv-91143-ER** | NORRICK v. AC AND S INC et al |
| **2:08-cv-91144-ER** | NOVALES v. AC AND S INC et al |
| **2:08-cv-91145-ER** | OLIVARES v. A&M INSULATION |
| **2:08-cv-91146-ER** | PATISAS v. AC AND S INC et al |
| **2:08-cv-91147-ER** | PAVICEVICH v. AC AND S INC et al |

| | |
|---|---|
| **2:08-cv-91148-ER** | PINTOR v. AC AND S INC et al |
| **2:08-cv-91149-ER** | POZYWIO v. AC AND S INC et al |
| **2:08-cv-91150-ER** | RANDOLPH v. AC AND S INC et al |
| **2:08-cv-91151-ER** | RAMIREZ V. A&M INSULATION |
| **2:08-cv-91152-ER** | RICHARDSON v. AC AND S INC et |
| **2:08-cv-91153-ER** | RIOS v. AC AND S INC et al |
| **2:08-cv-91154-ER** | RODRIGUEZ v. A&M INSULATION |
| **2:08-cv-91155-ER** | RORER v. AC AND S INC et al |
| **2:08-cv-91156-ER** | SALDIVAR v. ACANDS et al |
| **2:08-cv-91157-ER** | SCHMIDT v. ACANDS et al |
| **2:08-cv-91159-ER** | SELBY v. A&M INSULATION CO et |
| **2:08-cv-91160-ER** | SENDEJAS v. AC AND S INC et al |
| **2:08-cv-91161-ER** | SEPULVEDA v. AC AND S INC et al |
| **2:08-cv-91162-ER** | SHELLY v. AC AND S INC et al |
| **2:08-cv-91163-ER** | SKVAREK v. AC AND S INC et al |
| **2:08-cv-91164-ER** | SMITH v. AC AND S INC et al |
| **2:08-cv-91165-ER** | SNYDER v. AC AND S INC et al |
| **2:08-cv-91166-ER** | SPENCER v. AC AND S INC et al |
| **2:08-cv-91167-ER** | STAMPER v. A&M INSULATION et |
| **2:08-cv-91168-ER** | STUGIS v. A&M INSULATION CO et |
| **2:08-cv-91169-ER** | SUFAK et al v. AC AND S INC et al |
| **2:08-cv-91171-ER** | SZPAK v. AC AND S INC et al |
| **2:08-cv-91172-ER** | THRUSTON v. AC AND S INC et al |
| **2:08-cv-91173-ER** | TOMKO v. AC AND S INC et al |
| **2:08-cv-91175-ER** | WOLENDOWSKI v. A&M INSULATION et al |
| **2:08-cv-91176-ER** | WOODS v. A&M INSULATION CO |
| **2:08-cv-91177-ER** | VERA v. A&M INSULATION CO et |
| **2:08-cv-91178-ER** | MOSLEY v. AC AND S INC et al |
| **2:08-cv-91179-ER** | CLENDENEN v. AC AND S INC et al |

| 2:08-cv-91180-ER | HOLLAN v. A&M INSULATION CO et al |
| 2:08-cv-91181-ER | EDMOND v. AC AND S INC et al |
| 2:08-cv-91182-ER | HERNANDEZ v. A&M INSULATION |
| 2:08-cv-91183-ER | HERNANDEZ v. A&M INSULATION |
| 2:08-cv-91184-ER | WEEKS v. A&M INSULATION CO et |
| 2:08-cv-91190-ER | GREENWELL v. A&M INSULATION CO et al |
| 2:08-cv-91191-ER | LUNA v. AC AND S INC et al |
| 2:08-cv-91195-ER | OCHS v. A&M INSULATION CO et |
| 2:08-cv-91196-ER | MOSER v. A&M INSULATION COMPANY et al |
| 2:08-cv-91197-ER | FISHER v. A&M INSULATION COMPANY et al |
| 2:08-cv-91198-ER | POLEWSKI v. A&M INSULATION COMPANY et al |
| 2:08-cv-91199-ER | SMITH v. A&M INSULATION COMPANY et al |
| 2:08-cv-91200-ER | MCCRAY v. A&M et al |
| 2:08-cv-91201-ER | BERDINE v. A&M INSULATION COMPANY et al |
| 2:08-cv-91203-ER | DIVAN v. A&M INSULATION COMPANY et al |
| 2:08-cv-91204-ER | HEINZ v. A&M INSULATION COMPANY et al |
| 2:08-cv-91205-ER | KLOSS v. A&M INSULATION COMPANY et al |
| 2:08-cv-91206-ER | RUESKEN v. A&M INSULATION COMPANY et al |
| 2:08-cv-91207-ER | BOW v. A&M INSULATION COMPANY et al |
| 2:08-cv-91208-ER | PLEW v. A&M INSULATION COMPANY et al |
| 2:08-cv-91210-ER | WELTER v. A&M INSULATION COMPANY et al |
| 2:08-cv-91211-ER | DAVIS v. A&M INSULATION COMPANY et al |
| 2:08-cv-91213-ER | RAMIREZ v. AC AND S INC et al |
| 2:08-cv-91214-ER | SMITH v. A&M INSULATION COMPANY et al |
| 2:08-cv-91215-ER | LOZANO v. A&M INSULATION COMPANY et al |
| 2:08-cv-91216-ER | ROBERTSON v. AC AND S INC et al |
| 2:08-cv-91217-ER | ZUKOSKI v. A&M INSULATION COMPANY et al |
| 2:08-cv-91218-ER | SANCHEZ v. A&M INSULATION COMPANY et al |
| 2:08-cv-91219-ER | COSLET v. A&M INSULATION COMPANY et al |

| | |
|---|---|
| **2:08-cv-91222-ER** | MALONEY v. A&M INSULATION COMPANY et al |
| **2:08-cv-91223-ER** | FAUGHN v. A&M INSULATION COMPANY et al |
| **2:08-cv-91224-ER** | DUCKERY v. A&M INSULATION COMPANY et al |
| **2:08-cv-91225-ER** | KERMIT v. AC AND S INC et al |
| **2:08-cv-91226-ER** | MILLS v. AC AND S INC et al |
| **2:08-cv-91227-ER** | ATKINS v. AC AND S INC et al |
| **2:08-cv-90342-ER** | CAHVEZ v. A C & S INC. et al |
| **2:08-cv-90343-ER** | PARKHOUSE v. AC & S INC. et al |
| **2:08-cv-90344-ER** | PARKER v. A.C. AND S INC et al |
| **2:08-cv-90345-ER** | WRIGHT v. AC&S INC et al |
| **2:08-cv-90346-ER** | LUNA v. AC&S et al |
| **2:08-cv-90348-ER** | MAGNUSON v. AC&S INC et al |
| **2:08-cv-90349-ER** | NELSON v. AC&S INC et al |
| **2:08-cv-90935-ER** | COLLINS v. AC AND S INC et al |
| **2:08-cv-90945-ER** | ALLEN v. AC AND S INC et al |
| **2:08-cv-90947-ER** | ALVAREZ v. A&M INSULATION et |
| **2:08-cv-90948-ER** | ARMSTRONG v. AC AND S INC et al |
| **2:08-cv-90949-ER** | AZPEITIA v. AC AND S INC et al |
| **2:08-cv-90951-ER** | BCHENEK v. AC AND S INC et al |
| **2:08-cv-90952-ER** | BANDWICK v. AC AND S INC. et al |
| **2:08-cv-90953-ER** | BARNES v. AC AND S INC. et al |
| **2:08-cv-90954-ER** | BAYLESS v. AC AND S INC. et al |
| **2:08-cv-90955-ER** | BELLEVILLE v. AC AND S INC. et al |
| **2:08-cv-90956-ER** | BERGNER v. AC AND S, INC. et al |
| **2:08-cv-90957-ER** | BLACKMON v. A&M INSULATION |
| **2:08-cv-90958-ER** | BONFIGLIO v. AC AND S INC. et al |
| **2:08-cv-90959-ER** | BUNCHEK v. AC AND S INC. et al |
| **2:08-cv-90960-ER** | BOVENKERK v. AC AND S INC. et |
| **2:08-cv-90961-ER** | BOYCE v. AC AND S INC. et al |

| | |
|---|---|
| **2:08-cv-90962-ER** | BROWN et al v. AC AND S INC et al |
| **2:08-cv-90963-ER** | BROWN v. AC AND S INC et al |
| **2:08-cv-90964-ER** | BROWN v. AC AND S INC et al |
| **2:08-cv-90965-ER** | MATIJEVICH v. A&M INSULATION |
| **2:08-cv-91016-ER** | SCHRUM v. AC AND S INC et al |
| **2:08-cv-91064-ER** | BEST v. AC AND S INC et al |
| **2:08-cv-91085-ER** | GRESHAM v. AC AND S INC et al |
| **2:08-cv-91097-ER** | CAIN v. AC AND S INC et al |
| **2:08-cv-91098-ER** | CANTU v. A&M INSULATION CO et |
| **2:08-cv-91099-ER** | CASAS v. A&M INSULATION et al |
| **2:08-cv-91100-ER** | CASTANEDA v. AC AND S INC et al |
| **2:08-cv-91101-ER** | CHENEY v. AC AND S INC et al |
| **2:08-cv-91102-ER** | CHRISTOPHER v. AC AND S INC et |
| **2:08-cv-91103-ER** | CLINE v. AC AND S INC et al |
| **2:08-cv-91104-ER** | COBB v. AC AND S INC et al |
| **2:08-cv-91105-ER** | COLLIER v. AC AND S INC et al |
| **2:08-cv-91106-ER** | COMER v. A&M INSULATION CO et |
| **2:08-cv-90337-ER** | KIBLER v. A.C. AND S. INC. A CORPORATION et al |
| **2:08-cv-90332-ER** | PROPP v. ACANDS INC et al |
| **2:08-cv-90333-ER** | RUSSELL v. A.C. AND S. INC et al |
| **2:08-cv-90336-ER** | SWICK v. AC AND S, INC. et al |